**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6988**

---

PAUL NAGY,

Plaintiff - Appellant,

versus

MRS. CLEMENZ, ISM; SHEILA MATTINGLY, ISM;
TERRY CAMPBELL, ISM; STEPHEN M. DEWALT,
Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (CA-01-7)

---

Submitted:  October 18, 2002          Decided:  November 7, 2002

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Paul Nagy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying relief on his <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Nagy v. Clemenz</u>, No. CA-01-7 (E.D.N.C. filed May 30, 2002; entered May 31, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2